UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| Elaine Aghaeepour; Anne Barr; Bruce Drago; Julie Higgins; Shane Moore; Michele Norris; Jesus Rivera; and Hong Zhang, | 14 CV 5449 (NAR) (LMS) |
| Plaintiffs, | |
| - against - | |
| Northern Leasing Systems, Inc.; MBF Leasing, LLC; Lease Finance Group, LLC; Louis Cucinotta, Jennifer Centeno a/k/a Jennifer Nugent, Jay Cohen, Sara Krieger, Joseph I. Sussman, and Joseph I. Sussman, P.C., | **Affirmation of Krishnan Chittur In Opposition to Motion to to Dismiss the Second Amended Complaint** |
| Defendants. | |

------------------------------------------------------------------x

Krishnan Chittur, an attorney duly admitted to the bar of this Court and elsewhere, hereby solemnly declare and states as follows under penalties of perjury:

1. I am the principal of Chittur & Associates, P.C., attorneys of record for the Plaintiffs herein. I am familiar with the facts and circumstances herein, and file this affirmation in opposition to Defendants' motion to dismiss.

2. The accompanied memorandum of law in opposition to Defendants' motion to dismiss certain claims in the Second Amended Complaint refers to the following documents, true copies of which are annexed hereto:

   a. Exhibit 1 - Verified Petition in *People v. Northern Leasing Systems, Inc.*, No. 450460/2016 (N.Y. Sup., N.Y. Co.) ("NYAG Lawsuit");

   b. Exhibit 2 - Affidavit of Deputy Chief Administrative Judge Fern A. Fisher, filed in NYAG Lawsuit;

   c. Exhibit 3 - Affidavit of Judicial Hearing Officer Ernest J. Cavallo, filed in NYAG

1

Lawsuit.

Dated: May 10, 2017                                                Sd/
                                                    _____
                                                           Krishnan Chittur, Esq.