

**United States District Court**
**Southern District Of New York**

|  |  |
|---|---|
| Elaine Aghaeepour; Anne Barr; Bruce Drago; Julie Higgins; Shane Moore; Michele Norris; Jesus Rivera; and Hong Zhang | 14 CV 5449 (NSR) (LMS) |
| Plaintiffs | |
| v. | |
| Northern Leasing Systems, Inc.; MBF Leasing, LLC; Lease Finance Group, LLC; Louis Cucinotta, Jennifer Centeno a/k/a Jennifer Nugent, Jay Cohen, Sara Krieger, Joseph I. Sussman, and Joseph I. Sussman, P.C., | **REPLY TO COUNTERCLAIMS** |
| Defendants | JURY TRIAL DEMANDED |

Plaintiffs abovenamed, through their attorneys, hereby file the following Reply to the Counterclaims herein:

1.    With reference to paragraphs 1-28, 31-39, 42-56, denied.

2.    With reference to paragraphs 40-41, admitted.

3.    With respect to Paragraphs 29-30, the settlement agreement fails to include the instant matter which was known by Defendants to be pending at the time of the alleged settlement in the New York City Civil Court matters. There is no evidence at this time that Mr. Moore relieved Mr. Chittur form representing him in the instant matter. Thus, it was inappropriate for Defendants to communicate with Mr. Moore directly concerning the instant matter. As such, paragraphs 29-30 are denied to the extent that Defendants claim the settlement agreement incorporates the instant matter and that Defendants are released by Mr. Moore.

### Jury Trial Demanded

4.    Plaintiffs demands a jury trial on all issues so triable.

WHEREFORE, Plaintiffs demands judgment against Defendants, jointly and severally, dismissing the counterclaims with costs and granting such further and other reliefs as may be just and proper.


Dated:     June 10, 2019                                   EXCOLO LAW, PLLC

                                                By: /s/ Keith Altman
                                                Keith L. Altman
                                                Ari Kresch
                                                26700 Lahser Road
                                                Suite 401
                                                Southfield, MI 48033
                                                516-456-5885
                                                kaltman@excololaw.com