UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Aghaeepour, et al.,

                      Plaintiffs,                    **ORDER**

       -against-                    14 Civ. 5449 (NSR)(AEK)

Northern Leasing Systems, Inc., et al.,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed by counsel that the parties were not able to resolve all outstanding discovery issues that were discussed at the December 17, 2020 conference. Accordingly, on or before **January 25, 2021**, the parties must exchange letters that specify their positions with respect to all outstanding discovery disputes.  The parties must then file with the Court, on or before **January 28, 2021**, letters of no more than 3 pages in length, that both state their own positions and respond to the opposing party's positions with respect to all outstanding discovery disputes.  A telephonic conference before Magistrate Judge Krause is hereby scheduled for **Thursday, February 4, 2021, at 11:00 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the

teleconference as a guest.  Should counsel experience any technical issues with the

teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: January 13, 2021
       White Plains, New York

                                                **SO ORDERED.**

_____

ANDREW E. KRAUSE
United States Magistrate Judge