**MEMO ENDORSED**

# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

August 29, 2022

VIA ECF

United States District Judge Nelson S. Roman
United States District Court for the
 Southern District of New York
300 Quarropas St., Room 218
White Plains, NY 10601-4150

Re:   Aghaeepour v. Northern Leasing Systems, Inc., 14 CV 5449-NAR-AEK

Dear Judge Roman:

I represent the Defendants in the above-referenced action, and I am writing on behalf of all of the parties. On August 10, 2022, Magistrate Judge Krause granted the parties' joint proposed case schedule, setting, *inter alia*, the close of fact depositions by October 31, 2022, and the close of all discovery by April 21, 2023, and setting a status conference before Judge Krause for November 15, 2022. ECF 137. There is also a status conference before Your Honor scheduled for October 21, 2022. ECF 125. In view of the foregoing, the parties respectfully request that Your Honor adjourn the October 21, 2022 conference to such later date as the Court sees fit.

Respectfully submitted,

Hillel I. Parness

cc:   Counsel of Record (via ECF)

---

**In light of the extension of the discovery deadlines, the parties' request to adjourn the telephonic Status Conf. from Oct. 21, 2022 until May 11, 2023 at 10:00 am is GRANTED. Counsel are directed to this Court's Order (ECF No. 125) for dial-in instructions, unless otherwise advised by chambers. Clerk of Court is requested to terminate the Motion at ECF No. 138).**
**Dated: White Plains, NY**
         **Aug. 29, 2022**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022