UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELAINE AGHAEEPOUR, ANNE BARR, BRUCE
DRAGO, JULIE HIGGINS, SHANE MOORE,
MICHELE NORRIS, JESUS RIVERA, and HONG
ZHANG,

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: **03/14/2024** | |

                                        Plaintiff,

                    v.

Docket No.:
7:14-cv-05449-NSR-AEK

NORTHERN LEASING SYTEMS, INC., MBF
LEASING, LLC, LEASE FINANCE GROUP, LLC,
LOUIS CUCINOTTA, JENNIFER CENTENO a/k/a
JENNIFER NUGENT, JAY COHEN, SARA
KRIEGER, JOSEPH I. SUSSMAN, and JOSEPH I.
SUSSMAN, P.C.,

                                        Defendants.
-----------------------------------------------------------------X

**[~~PROPOSED~~] ORDER EXTENSION OF TIME TO FILE PRETRIAL ORDER AND
MOTIONS IN LIMINE**

This matter having come before the Court on the parties joint request to extend the deadlines for the joint pretrial order and motions in limine, and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

The request for an extension of time to file pretrial orders is GRANTED. The currently scheduled deadline for the joint final pretrial order is extended to March 28, 2024.

The request for an extension of time to file motions in limine is DENIED.

Dated: March 14, 2024
        White Plains, NY

                                        Hon. Nelson S. Román, U.S.D.J.