UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2025__
```

ELAINE AGHAEEPOUR, ANNE BARR, BRUCE DRAGO, JULIE HIGGINS, SHANE MOORE, MICHELE NORRIS, JESUS RIVERA, and HONG ZHANG,

                Plaintiffs,

-against-

NORTHERN LEASING SYSTEMS, INC., MBF LEASING, LLC, LEASE FINANCE GROUP, LLC, LOUIS CUCINOTTA, JENNIFER CENTENO a/k/a JENNIFER NUGENT, JAY COHEN, SARA KRIEGER, JOSEPH I. SUSSMAN, and JOSEPH I. SUSSMAN, P.C.,

                Defendants.

No. 14-CV-5449 (NSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

WHEREAS Plaintiffs commenced this action alleging, *inter alia*, violations of the Racketeering Influenced and Corrupt Organizations Act of 1970 ("RICO"), the Federal Credit Reporting Act ("FCRA"), the New York Federal Credit Reporting Act ("NYFCRA"), and New York General Business Law § 349;

WHEREAS Defendants denied Plaintiffs' allegations and asserted counterclaims against Plaintiffs in the form of breach of contract claims;

WHEREAS on June 18, 2024, the parties proceeded to jury trial, which concluded on July 3, 2024 with a verdict in favor of Plaintiffs;

WHEREAS the jury did not return a verdict in favor of Defendants on their counterclaims, resulting in the dismissal of said claims;

WHEREAS on July 2, 2024, before the trial's conclusion, Defendants moved under Federal Rule of Civil Procedure 50(a) for a directed verdict (ECF No. 211.), which they later renewed under Rule 50(b) on August 19, 2024. (ECF No. 223.);

WHEREAS on August 19, 2024, Defendants also moved for a new trial under Rule 59(a) and for sanctions against Plaintiffs' counsel. (ECF No. 225.); and

WHEREAS on January 24, 2025, the Court issued its opinion granting Defendants' motion for a directed verdict and denying Defendants' motion for a new trial and for sanctions. (ECF No. 242.); it is hereby

ORDERED that pursuant to the Court's January 24, 2025 opinion, the Court directs the Clerk of Court to enter a judgment in favor of Defendants on the claims related to the Racketeering Influenced and Corrupt Organizations Act of 1970 ("RICO"), the Federal Credit Reporting Act ("FCRA"), the New York Federal Credit Reporting Act ("NYFCRA"), and New York General Business Law § 349. The Clerk of Court is further instructed to enter a judgment in favor of Plaintiffs on Defendants' counterclaims.

Dated: February 5, 2025　　　　　　　　　　　　　　SO ORDERED:
White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NELSON S. ROMÁN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge